UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

PATCHAREE NEWMAN,

                         Plaintiff,

          -against-

SOUND SHORE MEDICAL CENTER
   of WESTCHESTER,

                         Defendant.
----------------------------------------------------------X

**DEFENDANT'S DISCLOSURE
PURSUANT TO FED. R. CIV. 7.1**

**ECF CASE**

**Case Number:   07 Civ. 4083
                           (SCR)**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant Sound Shore Medical Center of Westchester ("SSMC"), certifies that SSMC is a not-for-profit corporation with no parent corporation or public company that owns 10% or more of its stock.

                          Respectfully submitted,

               By: _____
                    Eileen M. O'Rourke, Esq. (EMO9144)
                    Attorney for Defendant
                    Sound Shore Medical Center of Westchester
                    16 Guion Place
                    New Rochelle, New York   10801
                    914-365-4815

activePDF Composer
EVALUATION
VALUTAZIONE
EVALUATION
EVALUACIÓN
EVALUATION