<u>VERIFICATION</u>

       Rhonda D. Ruiz, being duly sworn, deposes and says that I am a Assistant Vice President of Revenue Cycle Operations for Sound Shore Medical Center, the defendant in the within action. I have read the foregoing VERIFIED ANSWER and know the contents thereof~ the allegations set forth therein are true to my own knowledge, except as to those matters therein stated to be alleged on information and belief: and, as to those matters, I believe them to be true. The basis for my belief as to all matters not stated upon my knowledge is the books and records of the defendant.

Rhonda D.
Ru

Sworn to before me his
25 day of June 2007

Notary Public

active PDF Composer

EVALUATION

VALUTAZIONE

EVALUATION

EVALUACIÓN

EVALUATION

EILEEN M. OROURKE NOTARY
PUBLIC-STATE OF NEW YORK No.
020R6113468 Qualified In
Westchester County Commission
Expires August 02, 2007