~~EXHIBIT A~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
PATCHAREE NEWMAN,             :
                              :
              Plaintiff,      :      ~~07 CIV 4083~~ 4083 (CLB)
                              :
        v.                    :      *order of Discontinuance*
                              :
SOUND SHORE HEALTH            :
SYSTEM, INC.                  :
              Defendant.      :
------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE *and*

Plaintiff and Defendant hereby stipulate: (1) that the foregoing action be dismissed, in its entirety, with prejudice; and (2) that neither Plaintiffs nor Defendant shall seek attorney's fees, costs, damages, sanctions, or any other relief of any kind against the other. *This action is discontinued with leave to reopen on notice within thirty (30) days if necessary to enforce*

| LAW OFFICE OF PAUL N. CISTERNINO, P.C. | SOUND SHORE HEALTH SYS. INC. |
|---|---|
| By: /s/ Paul N. Cisternino (PC-0317) | By: /s/ Eileen M. O'Rourke (EO-9144) |
| 16 Briarbrook Road | 16 Guion Place |
| Ossining, NY, 10562 | New Rochelle, NY 10801 |
| (914) 330-1527 | (914) 365-4815 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| Dated: Oct. 31, 2007 | Dated: Oct. 31, 2007 |

*the settlement*

SO ORDERED

White Plains, N.Y.
October 31, 2007

/s/ Charles Brieant
USDJ

LAW OFFICE OF
## PAUL N. CISTERNINO, P.C.
16 Briarbrook Road
Ossining, New York 10562
Tel (914) 330-1527   Fax (914) 923-8913
Email: paulcist@justice.com

TO: A. Cama 390-4085

FROM: Paul N. Cisternino

DATE: 10/31/07

PAGES: 2

Re: P. Newman v. Sound Shore 07 CIV 4083

We've reached an agreement subject to the execution of the settlement docs — the Court may issue the appropriate 30 day order.

### PRIVILEGED AND CONFIDENTIAL

This communication is intended only for the use of the named addressee and may contain information which is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original communication to us by mail.